

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HAROLD VAUGHN, | ' | No. 08-11-00036-CR |
| Appellant, | ' | Appeal from the |
| v. | ' | 371st District Court |
| THE STATE OF TEXAS, | ' | of Tarrant County, Texas |
| Appellee. | ' | (TC# 1186711D) |
| | ' | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating